```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MARK J. McKEON
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for the
     United States of America
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11
    UNITED STATES OF AMERICA,    )   CASE NO. 1:10-CR-00500-AWI
12                               )
                 Plaintiff,      )   STIPULATION AND ORDER TO
13                               )   CORRECT JUDGMENT
         v.                      )
14                               )
    STEFAN MILLER,               )
15                               )
                 Defendant.      )
16                               )
    _____)
17
18      Sentencing in this matter occurred on November 28, 2011, at
19  1:30 p.m.  At sentencing, the court ordered the defendant to pay
20  restitution in the amount of **$1,300,700.62**.  This amount was based
21  upon the victim schedule attached to the government's sentencing
22  memorandum filed November 23, 2011.  C.R. 85.  However, according
23  to the victim schedule, the correct amount of restitution ordered
24  should have been **$1,300,799.62**.[1]
25      Accordingly, the parties hereby stipulate pursuant to Rule
26  _____
27      [1]The court apparently made this error because the government's
        sentencing memorandum contained a typographical error stating the
28      lower amount.

                                  1
```

35(a) of the Federal Rules of Criminal Procedure that the court may correct this sentence which resulted from an arithmetical, technical or other clear error to state that the defendant is ordered to pay restitution in the amount of **$1,300,799.62.**

DATED: November 29, 2011      BENJAMIN B. WAGNER
                              United States Attorney

                        By:   /s/ Mark J. McKeon
                              MARK J. McKEON
                              Assistant U.S. Attorney

DATED: November 29, 2011      /s/ Melody M. Walcott
                              MELODY M. WALCOTT
                              Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:     November 30, 2011
                              CHIEF UNITED STATES DISTRICT JUDGE