```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MARK J. McKEON
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for the
     United States of America
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11
    UNITED STATES OF AMERICA,    )   CASE NO. 1:10-CR-00500-AWI
12                               )
              Plaintiff,         )   STIPULATION AND ORDER TO
13                               )   CORRECT JUDGMENT
         v.                      )
14                               )
    DARRIAN JEFFREY SUMMERS,     )
15                               )
              Defendant.         )
16                               )
    _____)
17
```

Sentencing in this matter occurred on November 28, 2011, at 9:00 a.m. At sentencing, the court ordered the defendant to pay restitution in the amount of **$1,300,700.62**. This amount was based upon the victim schedule attached to the government's sentencing memorandum filed November 23, 2011. C.R. 84. However, according to the victim schedule, the correct amount of restitution ordered should have been **$1,300,799.62**.[1]

Accordingly, the parties hereby stipulate pursuant to Rule

---

[1] The court apparently made this error because the government's sentencing memorandum contained a typographical error stating the lower amount.

1

35(a) of the Federal Rules of Criminal Procedure that the court may correct this sentence which resulted from an arithmetical, technical or other clear error to state that the defendant is ordered to pay restitution in the amount of **$1,300,799.62.**

DATED: November 29, 2011  BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Mark J. McKeon
MARK J. McKEON
Assistant U.S. Attorney

DATED: November 29, 2011  /s/ Dale A. Blickenstaff
DALE A. BLICKENSTAFF
Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:  November 30, 2011  _____
CHIEF UNITED STATES DISTRICT JUDGE