```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK J. McKEON
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
    United States of America
7
```

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:10-CR-00500-AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| v. | ) | CORRECT JUDGMENT **[CORRECTED]** |
| DARRIAN JEFFREY SUMMERS, | ) | |
| Defendant. | ) | |

Sentencing in this matter occurred on November 28, 2011, at 9:00 a.m. At sentencing, the court ordered the defendant to pay restitution in the amount of **$1,300,700.62**. This amount was based upon the victim schedule attached to the government's sentencing memorandum filed November 23, 2011. C.R. 84. However, according to the victim schedule, the correct amount of restitution ordered should have been **$1,311,799.62**.[1]

Accordingly, the parties hereby stipulate pursuant to Rule

---

[1] The court apparently made this error because the government's sentencing memorandum contained a typographical error stating the lower amount.

1

35(a) of the Federal Rules of Criminal Procedure that the court may correct this sentence which resulted from an arithmetical, technical or other clear error to state that the defendant is ordered to pay restitution in the amount of **$1,311,799.62.**

DATED: November 29, 2011        BENJAMIN B. WAGNER
                                United States Attorney


                          By:   /s/ Mark J. McKeon
                                MARK J. McKEON
                                Assistant U.S. Attorney


DATED: November 29, 2011        /s/ Dale A. Blickenstaff
                                DALE A. BLICKENSTAFF
                                Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:     December 2, 2011              _____
                                         CHIEF UNITED STATES DISTRICT JUDGE