```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MARK J. McKEON
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for the
     United States of America
 7

 8           IN THE UNITED STATES DISTRICT COURT FOR THE

 9                   EASTERN DISTRICT OF CALIFORNIA

10

11
    UNITED STATES OF AMERICA,   )   CASE NO. 1:10-CR-00500-AWI
12                              )
                    Plaintiff,  )   STIPULATION AND ORDER TO
13                              )   CORRECT JUDGMENT [CORRECTED
         v.                     )
14                              )
    STEFAN MILLER,              )
15                              )
                    Defendant.  )
16                              )
    _____ )
17

18       Sentencing in this matter occurred on November 28, 2011, at

19  1:30 p.m.  At sentencing, the court ordered the defendant to pay

20  restitution in the amount of **$1,300,700.62**.  This amount was based

21  upon the victim schedule attached to the government's sentencing

22  memorandum filed November 23, 2011.  C.R. 85.  However, according

23  to the victim schedule, the correct amount of restitution ordered

24  should have been **$1,311,799.62**.[1]

25       Accordingly, the parties hereby stipulate pursuant to Rule

26  ─────────────────

27       [1]The court apparently made this error because the government's
         sentencing memorandum contained a typographical error stating the
28       lower amount.

                                    1
```

35(a) of the Federal Rules of Criminal Procedure that the court may correct this sentence which resulted from an arithmetical, technical or other clear error to state that the defendant is ordered to pay restitution in the amount of **$1,311,799.62.**

DATED: November 29, 2011
BENJAMIN B. WAGNER
United States Attorney

By: /s/ Mark J. McKeon
MARK J. McKEON
Assistant U.S. Attorney

DATED: November 29, 2011
/s/ Melody M. Walcott
MELODY M. WALCOTT
Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated: December 2, 2011

CHIEF UNITED STATES DISTRICT JUDGE