1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK J. McKEON
   STANLEY A. BOONE
3  Assistant U.S. Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559)497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
        United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-CR-00500-AWI |
| ) | |
| Plaintiff, ) | PRELIMINARY ORDER OF FORFEITURE |
| ) | |
| v. ) | |
| ) | |
| STEFAN MILLER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Stefan Miller and the Judgment and Commitment filed December 9, 2011, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c), defendant Stefan Miller's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    1. Approximately $395,465.00 in U.S. currency, seized from 20325 Aurora Lane, Santa Clarita, California 91351,

    2. Approximately $300,000.00 in U.S. Currency, seized from Unit D472 at Public Storage located at 8200 Balboa Blvd., Van Nuys,

California, held in the name of Paul Anthony Vasquez,

3. Approximately $210,000.00 in U.S. Currency seized from Unit G068 at Public Storage located at 7660 Balboa Blvd., Van Nuys, California, held in the name of Paul Anthony Vasquez,

4. 2010 Chevrolet Camaro 2SS Vehicle, bearing California License plate 6MBX150, vehicle identification number 2G1FK1EJXA9191082,

5. 2007 Cadillac CTS Vehicle, bearing California License plate 6JOB464, vehicle identification number 1G6DP577670106916,

6. 2005 Chrysler 300 Vehicle, bearing California License plate 5HK9529, vehicle identification number 2C3JA63H95H121834,

7. Ladies diamond ring, size 7.5, 1.5 carat, SKU number 175864471169550,

8. JP Morgan Chase Bank Account, Account number 892922279, for $13,778.18,

9. JP Morgan Chase Bank Account, Account number 892922261, for $176.54, and

10. All funds maintained in Bank of America, Bank Account Number 09068-66120, up to and including the sum of $33,630.39

2. The above-listed assets constitute property, real or personal, that are proceeds of, traceable to, and/or involved in violations of 18 U.S.C. §§ 1349 and 1957.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed properties. The aforementioned properties shall be seized and held by the Department of the Treasury, Internal Revenue Service, in its secure custody and control.

4. a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property

in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

      b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1) and 28 U.S.C. § 2461(c), in which all interest will be addressed.

IT IS SO ORDERED.

Dated:    December 22, 2011    _____
                                    CHIEF UNITED STATES DISTRICT JUDGE